UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | 2:22-cv-09410-ODW (ASx) | Date | July 5, 2023 |
|---|---|---|---|
| Title | *E.M. v. Varsity Brands, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):** **Order LIFTING Stay and SETTING Response Deadlines; ORDER to Convene Conference of Counsel; Order DENYING Request to Exceed Page Limitations WITHOUT PREJUDICE**

I.

Having received and reviewed the parties' Joint Stipulation, (Stip., ECF No. 116), and the Order of the JPML, (Order, ECF No. 116-1), the Court hereby **LIFTS** the Stay on this case. The case is returned to active status.

While some Defendants have already answered, the pleadings are not yet completely settled. The Court **ORDERS** that, for all Defendants who have not yet done so, the deadline to answer or otherwise respond to the Complaint is **October 5, 2023**.

The Court provides Defendants with three months to plan and file their responses with the intent that all parties work together cooperatively to conduct this phase of the proceedings in an organized manner. Correspondingly, the Court **ORDERS** counsel for all parties to meet in real time for a conference of counsel by no later than **August 7, 2023**. Counsel shall come to the conference prepared to discuss, in legal and factual detail, all planned motions to dismiss and other attacks on the pleadings. The parties shall explore in good faith the possibility of combined briefing on shared issues. The parties shall also discuss and agree upon a specific schedule for

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:22-cv-09410-ODW (ASx) | Date | July 5, 2023 |
|---|---|---|---|
| Title | *E.M. v. Varsity Brands, LLC et al.* | | |

the filing of all pre-discovery-phase motions the parties intend to file.[1] By no later than **August 21, 2023**, the parties shall file with the Court a Joint Report containing the outcome of the conference and a proposed schedule of briefing, along with any additional related requests.

II.

Defendant Varsity Spirit, LLC and Plaintiff stipulate to raising the word count limit for the former's motion to dismiss, and the latter's opposition thereto, to 9,500 words each. For the moment, the Court finds the parties do not meet their burden of showing that more pages are required. For example, although the parties point out that there are thirteen causes of action in the Complaint, Varsity Spirit does not argue it intends to move for dismissal of all thirteen. The parties' arguments are otherwise generalized and insufficient to meet their burden. The request to exceed the word count limit is therefore **DENIED**.

That said, the denial is **WITHOUT PREJUDICE** to a word count limit adjustment for this or any other contemplated motion. The parties may wish to make word count limits part of the comprehensive plan they will generate cooperatively. If they do, the Court will be more inclined to approve word count limit increases. Additionally and alternatively, the Court will be more inclined to approve word count limit increases if a party submits a copy of the proposed memorandum with the request.

**IT IS SO ORDERED.**

            :   00

Initials of Preparer    SE

---

[1] The Court would prefer the parties to file staggered motions under the standard briefing schedule rather than filing several motions all at once with a protracted briefing schedule for all the motions.